LAW OFFICE OF ERIC ANDREW MERCER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MANUEL HERNANDEZ, JR., an individual;<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, a Delaware Corporation; HUNT & HENRIQUES, a California Law Partnership; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-cv-01583-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)] |

**ORDER FOR DISMISSAL**

The Court, having read and considered the Stipulation of Dismissal with Prejudice by and between MANUEL HERNANDEZ, JR ("Plaintiff") and Defendant MIDLAND FUNDING, LLC ("Defendant") (collectively, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1. This action, and each and every claim asserted in this action against all parties in the action, are dismissed in its entirety;

2. The dismissal is with prejudice;

3. Each of the Parties is to bear its own attorney's fees and costs; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 24, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE